AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

**FILED**

MAY 20 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
      DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:24-mj-00023-CDB |
| ROMAN RODRIGUEZ | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ROMAN RODRIGUEZ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 2252(a)(2) - Receipt and Distribution of Material Involving the Sexual Exploitation of a Minor; and

18 U.S.C. Section 2252(a)(4)(B) - Possession of Material Involving the Sexual Exploitation of a Minor

Date:   May 16, 2024

*Issuing officer's signature*

City and state:   Bakersfield, California          Hon. Christopher D. Baker, U.S. Magistrate Judge

*Printed name and title*

---

### Return

This warrant was received on *(date)* 5/16/24, and the person was arrested on *(date)* 5/20/24
at *(city and state)* Bakersfield, CA.

Date: 5/20/24

*Arresting officer's signature* [signature] for HSI

*Printed name and title*