1  PHILLIP A. TALBERT
   United States Attorney
2  BRITTANY M. GUNTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              Case No: 1:24-CR-00110-JLT-SKO

12                    Plaintiff,          STIPULATION TO CONTINUE STATUS
                                          CONFERENCE AND EXCLUDE TIME UNDER
13           v.                           SPEEDY TRIAL ACT; ORDER

14 ROMAN RODRIGUEZ,

15                    Defendant.

16

17

18         THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant

19 United States Attorney Brittany M. Gunter, counsel for the government, and Monica Bermudez, counsel

20 for Roman Rodriguez ("the defendant"), that this action's **Wednesday, November 20, 2024, status**

21 **conference be continued to Wednesday, January 15, 2024, at 1:00 p.m.**  The parties likewise ask the

22 court to endorse this stipulation by way of formal order.

23         The parties base this stipulation on good cause, as follows:

24         1.  The grand jury returned an Indictment regarding this matter on May 23, 2024.  ECF 8.

25         2.  The government has provided defense counsel with initial discovery and supplemental

26             discovery.  The defense is and has been reviewing discovery thus far provided.

27                                          1

28 STIPULATION TO CONTINUE STATUS CONFERENCE AND
   EXCLUDE TIME UNDER SPEEDY TRIAL ACT

3. The government currently believes all discovery has been produced pursuant to Rule 16 or otherwise made available for the defense's inspection and review pursuant to the Adam Walsh Act. The government will nevertheless continue to follow up with law enforcement to determine the extent additional supplemental discovery exists. If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it to defense counsel in accordance with Rule 16.

4. As defense counsel completes her analysis of the discovery produced in this case, counsel for the government will work with the defense and the HSI Bakersfield office to ensure that the defense is able to also timely review, upon its request, any electronic evidence in this case in accord with relevant provisions of the Adam Walsh Act.

5. Defense counsel requires more time to complete its investigation, discuss the case with the defendant, and to have an expert examine the electronic devices involved with this case. Defense counsel and the defendant have also requested a plea offer from the government, and the government is provided that offer on October 23, 2024. Defense counsel and the defendant need additional time to review the plea offer and continue plea negotiations with the government.

6. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. The parties therefore stipulate that the period of time from November 20, 2024, through January 15, 2025, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best

///

STIPULATION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT

1  interest of the public and the defendant in a speedy trial.

2

3      IT IS SO STIPULATED.

4

5  Dated:  November 13, 2024           PHILLIP A. TALBERT
                           United States Attorney

6

7                        By:  /s/ BRITTANY M. GUNTER
                           BRITTANY M. GUNTER

8                          Assistant United States Attorney

9

10  Dated: November 13, 2024          By:  /s/ MONICA BERMUDEZ
                            MONICA BERMUDEZ

11                          Attorney for Defendant
                            Roman Rodriguez

12

13  ### O R D E R

14      IT IS ORDERED that the status conference currently set for November 20, 2024, at 1:00 pm is

15  continued until January 15, 2025, at 1:00 pm.  The parties shall select a mutually agreeable trial date at

16  the January 15, 2025, status conference.

17      IT IS FURTHER ORDERED THAT the period of time from November 20, 2024, through

18  January 15, 2025, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv)

19  because it results from a continuance granted by the Court at the parties' request on the basis of the

20  Court's finding that the ends of justice served by taking such action outweigh the best interest of the

21  public and the defendant in a speedy trial.

22

23  IT IS SO ORDERED.

24  Dated:  __November 14, 2024__          /s/ Sheila K. Oberto

25                          UNITED STATES MAGISTRATE JUDGE

26

27  3

28  STIPULATION TO CONTINUE STATUS CONFERENCE AND
    EXCLUDE TIME UNDER SPEEDY TRIAL ACT