1  MICHELE BECKWITH
   Acting United States Attorney
2  BRITTANY M. GUNTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              Case No: 1:24-CR-00110-JLT-SKO

12                 Plaintiff,             STIPULATION TO CONTINUE SENTENCING;
                                          ORDER
13         v.

14 ROMAN RODRIGUEZ,

15                 Defendant.

16

17

18     THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant

19 United States Attorney Brittany M. Gunter, counsel for the government, and Monica Bermudez, counsel

20 for Roman Rodriguez ("the defendant"), that this action's **Monday, March 31, 2025, sentencing**

21 **hearing be continued to Monday, June 16, 2025, at 9:00 a.m.** The parties likewise ask the court to

22 endorse this stipulation by way of formal order.

23     The parties base this stipulation on good cause, as follows:

24     1. By previous order, this matter was set for sentencing on March 31, 2025. ECF 24.

25     2. On March 3, 2025, the probation officer assigned to the case for preparing the pretrial

26        services report ("PSR") indicated she had recently completed the interview of the defendant

27                                                1
   STIPULATION TO CONTINUE STATUS CONFERENCE AND
28 EXCLUDE TIME UNDER SPEEDY TRIAL ACT

and needed additional time to prepare the PSR.

3. On March 10, 2025, the parties conferred and determined availability on June 16, 2025, for a sentencing hearing in this case. The parties confirmed the Court's availability on that date as well.

4. Accordingly, the parties request that the Court continue the sentencing hearing in this case to June 16, 2025.

IT IS SO STIPULATED.

Dated: March 10, 2025  MICHELE BECKWITH
Acting United States Attorney

By: /s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated: March 10, 2025  By: /s/ MONICA BERMUDEZ
MONICA BERMUDEZ
Attorney for Defendant
Roman Rodriguez

# **O R D E R**

IT IS ORDERED that the sentencing hearing currently set for March 31, 2025, is continued to June 16, 2025, at 9:00 a.m.

IT IS SO ORDERED.

Dated: **March 10, 2025**

UNITED STATES DISTRICT JUDGE

2
STIPULATION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT